UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY EDUARDO BASTIDAS MENDOZA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SERGIO ALBARRAN, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-08205-VC<br><br>**ORDER RE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

　　The government is ordered to file a response by 3 p.m. PT today, September 26.

Petitioners are ordered to file a reply by 4 p.m. today.

**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
VINCE CHHABRIA
United States District Judge